```
 1  ANDRÉ BIROTTE JR.
    United States Attorney   Court reporter's transcripts are ordered sealed.
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    DONALD W. YOO (SBN 227679)
 4  Assistant United States Attorney
            Room 7516, Federal Building
 5          300 North Los Angeles Street
            Los Angeles, California 90012
 6          Tel:     (213) 894-3994          NOTE: CHANGES MADE BY
            Fax:     (213) 894-7819          THE COURT
 7          Email:   donald.yoo@usdoj.gov

 8  Attorneys for Defendant
    UNITED STATES OF AMERICA                                     JS-6
 9
```

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA GALLARDO, | No. CV11-5013-JFW (PJWx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| UNITED STATES OF AMERICA, and DOES 1 to 25, | |
| Defendants. | Honorable John F. Walter |

Pursuant to the Court's Minute Order filed December 1, 2011 [docket no. 21], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant the United States of America's Motion to Dismiss is granted and judgment is hereby entered in favor of the Defendant.

DATED: December 9, 2011

_____
HONORABLE JOHN F. WALTER
U.S. DISTRICT COURT JUDGE