ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DONALD W. YOO (SBN 227679)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel:    (213) 894-3994
    Fax:    (213) 894-7819
    Email:    donald.yoo@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

Court reporter's transcripts are ordered sealed.

**NOTE: CHANGES MADE BY THE COURT**

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA GALLARDO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>and DOES 1 to 25,<br><br>    Defendants. | No. CV11-5013-JFW (PJWx)<br><br>**JUDGMENT**<br><br><br>Honorable John F. Walter |

Pursuant to the Court's Minute Order filed December 1, 2011 [docket no. 21], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant the United States of America's Motion to Dismiss is granted and judgment is hereby entered in favor of the Defendant.

DATED: December 9, 2011

                                        HONORABLE JOHN F. WALTER
                                      U.S. DISTRICT COURT JUDGE